IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD DERELL HARMON (TDCJ No. 1891908), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-2038-D-BN |
| DALLAS POLICE DEPARTMENT, ET AL., | § § § § | |
| Defendants. | § | |

# **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Pursuant to the provisions of 28 U.S.C. § 1915, plaintiff has previously been granted permission to proceed *in forma pauperis* in this court until judgment is entered.

The clerk is directed to mail a true copy of this order to plaintiff and to issue summonses, and the United States Marshals Service is ordered to serve process on the following defendants:

**Officer C. Nguyen; Officer T. McNeal; Officer T. Wall; Officer J. Fung; Officer A. Spiller; Officer T. Dinh; Officer J. Logan; Officer C. Nilsen; Officer J. Lising; Officer D. Fogle; Officer N. Massu; Officer M. Conway; Officer M. Cantu; Sgt. G. Garcia; Sgt. J. Garrett; Officer M. Coggins; and Officer T. Lewis**

Jack Evans Police Headquarters
1400 S. Lamar Street
Dallas, Texas 75215

A courtesy copy of this order shall be mailed to the following:

**Dallas City Attorney**
Civil Rights Section
Dallas City Hall
1500 Marilla Street
Room 7DN
Dallas, Texas 75201

A true copy of plaintiff's complaint [dkt. No. 3], the magistrate judge's questionnaire [dkt. No. 13], and plaintiff's responses to the questionnaire [dkt. No. 16] shall be included with the process served on defendants.

**SO ORDERED**.

November 25, 2014.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE