IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD DERELL HARMON (TDCJ No. 1891908), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-CV-2038-D |
| CHAU NGUYEN, ET AL., | § § § | |
| Defendants. | § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the July 13, 2015 and July 28, 2015 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's February 18, 2015 motion for default judgment is denied, and his June 8, 2015, June 19, 2015, and June 26, 2015 motions for leave to amend are denied without prejudice.

**SO ORDERED**.

September 1, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE