IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD DERELL HARMON (TDCJ No. 1891908), § § § | | |
| Plaintiff, § § | | |
| V. § | No. 3:14-CV-2038-D | |
| § | | |
| CHAU NGUYEN, ET AL., § § § | | |
| Defendants. § | | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff's April 19, 2016 Rule 60 motion for relief from judgment is denied.

SO ORDERED.

June 7, 2016.

_[signature]_
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE